■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WALKER, Appellant. [607 NYS2d 815] —Judgment unanimously affirmed. Memorandum: We affirm the suppression court's determination for reasons stated in the decision at Erie County Court (Drury, J.). We reject defendant's argument that the District Attorney's policy of requiring a waiver of appeal as a condition of offering a plea to a lesser charge is illegal and unconstitutional *(see, People v Seaberg,* 74 NY2d 1). Fi-

nally, we decline to modify defendant's sentence in the interest of justice. (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Possession Weapon, 3rd Degree.) Present —Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.